IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 9:08-CR-18 |
| JUSTIN BURLEIGH | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Defendant did not consent to pleading guilty before a United States magistrate judge. Therefore, the magistrate judge recommended that the defendant's guilty plea should be presented to the United States District Judge to whom this case is assigned.

No objections have been filed. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.

So **ORDERED** and **SIGNED** this **26** day of **August, 2008.**

_____
Ron Clark, United States District Judge